```
                                                              UNITED STATES
                                                          JUDICIAL PANEL ON
                                                       MULTIDISTRICT LITIGATION
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Dec 11, 2008**

FILED
CLERK'S OFFICE

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION                                                                      MDL No. 1997

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 3, 2008, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Matthew F. Kennelly.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TEXT MESSAGING ANTITRUST LITIGATION**                                      MDL No. 1997

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 5 | 08-1784 | Jim Morris et al. v. AT&T Mobility LLC, et al. |
| **ARIZONA** | | | |
| AZ | 2 | 08-2016 | Deborah L. Sparks, et al. v. Verizon Wireless, et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 08-5026 | Dennis Patrick, et al. v. AT&T, Inc., et al. |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 08-708 | Matthew Bakay v. AT&T, Inc., et al. |
| **KANSAS** | | | |
| KS | 2 | 08-2505 | Kathryn Dolatowski v. Sprint Nextel Corp., et al. |
| KS | 5 | 08-4133 | Quin Jackson, et al. v. Sprint Nextel Corp. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 3 | 08-599 | John Flint v. Verizon Wireless Services, LLC, et al. |
| **NEVADA** | | | |
| NV | 2 | 08-1485 | Tonya Clark, et al. v. Verizon Wireless, et al. |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 08-4358 | Sasha Shafeek v. AT&T Mobility, LLC, et al. |
| NYE | 2 | 08-3977 | David Keefer v. Verizon Communications, Inc., et al. |
| **PUERTO RICO** | | | |
| PR | 3 | 08-2152 | Jose Granados-Rodriguez, et al. v. AT&T Mobility, LLC, et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 08-1634 | Katy Hayden v. T-Mobile USA, Inc., et al. |