UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 22, 2009**

FILED
CLERK'S OFFICE

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION

MDL No. 1997

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On December 3, 2008, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d (J.P.M.L. 2008).  Since that time, 11 additional actions have been transferred to the Northern District of Illinois.  With the consent of that court, all such actions have been assigned to the Honorable Matthew F. Kennelly.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION                                                                                      MDL No. 1997

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
  ALN  5  08-2426              Steven Crutchfield v. Verizon Wireless, et al.

COLORADO
  CO   1  08-2777              Scott Moore v. Verizon Wireless, et al.

MICHIGAN EASTERN
  MIE  2  08-15230             Bryan Marcus v. Verizon Wireless, et al.

OHIO NORTHERN
  OHN  1  08-2974              Robert Falkner v. Verizon Wireless, et al.

OHIO SOUTHERN
  OHS  2  08-1204              Pam Lippy v. Verizon Wireless, et al.

VERMONT
  VT   2  09-2                 Dawn Lancaster, et al. v. Verizon Wireless, et al.