UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 11, 2009**

FILED
CLERK'S OFFICE

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION
    Donna M. Kaelin v. Verizon Wireless, et al.,
        W.D. Kentucky, C.A. No. 3:09-45

MDL No. 1997

## CONDITIONAL TRANSFER ORDER (CTO-3)

On December 3, 2008, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d (J.P.M.L. 2008). Since that time, 17 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Matthew F. Kennelly.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel