# MDL-1997

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 09, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: TEXT MESSAGING ANTITRUST LITIGATION**

Quin Jackson, et al. v. Sprint Nextel Corp., )
D. Kansas, C.A. No. 5:08-4133 ) MDL No. 1997

Pleading No. 53

## TRANSFER ORDER

**Before the entire Panel***: Plaintiffs in an action pending in the District of Kansas have moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the action to the Northern District of Illinois for inclusion in MDL No. 1997. Defendant Sprint Nextel Corp. supports transfer of the action.

After considering all argument of counsel, we find that this action involves common questions of fact with actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of the action to the Northern District of Illinois for inclusion in MDL No. 1997 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Illinois was a proper Section 1407 forum for antitrust actions involving allegations of a conspiracy to fix, raise, maintain, and stabilize prices for text messaging services sold in the United States. *See In re Text Messaging Antitrust Litigation*, 588 F.Supp.2d 1372 (J.P.M.L. 2008).

Plaintiffs can present their motion for remand to state court to the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

---

* Judge Miller did not participate in the disposition of this matter.

OFFICIAL FILE COPY

IMAGED Apr 09 2009

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

J. Frederick Motz
Kathryn H. Vratil
W. Royal Furgeson, Jr.

Robert L. Miller, Jr.*
David R. Hansen
Frank C. Damrell, Jr.